**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

SARAH MOORE,                        )
                                    )
            Plaintiff,              )
                                    )
v.                                  )        Case No. 3 2:20-cv-01029-SCD
                                    )
KOHL'S CORPORATION,                 )
                                    )
            Defendant.              )

## STIPULATION OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that Plaintiff SARAH MOORE, and Defendant KOHL'S

CORPORATION, acting through their attorneys, and pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), hereby stipulate to dismiss the above captioned matter with prejudice, each party

to bear their own fees and costs.

                                    Respectfully submitted,

Dated: July 6, 2021                 /s/ Adam T. Hill
                                    Adam T. Hill
                                    The Law Office of Jeffrey Lohman, P.C.
                                    28544 Old Town Front St., Ste. 201
                                    Temecula, CA 92590
                                    Tel. (657) 236-3525
                                    F: (602) 857-8207
                                    E: AdamH@jlohman.com

                                    Attorneys for Plaintiff,
                                    SARAH MOORE

Date: July 6, 2021                  /s/ Michael F. Tuchalski
                                    Michael F. Tuchalski
                                    Kohl's Department Stores Inc.
                                    N56W17000 Ridgewood Drive
                                    Menomonee Falls, WI 53051
                                    Telephone: (262) 703-7706
                                    Email: michael.tuchalski@kohls.com
                                    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 6, 2021, a true and correct copy of the forgoing was electronically filed with the Clerk of the Court using the CM/ECF with service on all registered parties.

/s/ Adam T. Hill