# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SARAH MOORE,

                Plaintiff,

v.

KOHL'S CORPORATION,

                Defendant.

Case No. 20-CV-1029-JPS

**ORDER**

On July 8, 2020, Plaintiff filed a complaint alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq* and Wisconsin state law. (Docket #1). On July 6, 2021, the parties signed and filed a stipulation of dismissal of this action in its entirety with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Docket #7). The Court will adopt the parties' stipulation.

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #7) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 7th day of July, 2021.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge